Joshua Trigsted (065316)
Trigsted Law Group
5200 SW Meadows Rd., Ste 150
Lake Oswego, OR 97035
888-595-9111 ext 216
FAX: 866-927-5826

Todd M. Friedman (*admitted pro hac vice*)
Adrian R. Bacon (*admitted pro hac vice*)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| Shasta Kramer, individually and on behalf of all others similarly situated, | CASE NO.: 3:17-cv-00496-SB |
| Plaintiff, | DECLARATION OF DOUGLAS KRAMER IN SUPPORT OF MOTION TO SUBSTITUTE DOUGLAS KRAMER IN PLACE OF PLAINTIFF SHASTA KRAMER |
| vs. | |
| Ray Klein, Inc., and Does 1-10, inclusive, | |
| Defendant(s). | |

Declaration

# DECLARATION OF DOUGLAS KRAMER

I, DOUGLAS KRAMER, DECLARE AND STATE AS FOLLOWS:

1. I am competent to testify in a court of law and if called to do so would testify as specified herein.

2. I am the father of Shasta Kramer, the Plaintiff in this action.

3. The Plaintiff, Shasta Kramer, passed away on August 25, 2017.

4. I informed counsel for the Plaintiff Shasta Kramer of her death on or around February 12, 2018.

5. I am the successor of interest appointed to administer the estate of Shasta Kramer.

6. I am authorized to make decisions and execute documents, on behalf of this estate.

7. I am the decedent's successor in interest and succeed to the decedent's interest in the action or proceeding.

8. As the successor in interest of the estate, I wish to continue to resolve this matter on behalf of Shasta Kramer.

9. I have retained the Law Offices of Todd Friedman to help me litigate Shasta Kramer's action against Ray Klein, Inc.

10. I have completed the divesting and disbursement of the estate of Shasta Kramer.

11. No proceeding is now pending in for administration of the decedent's estate.

12. Beyond myself, no person has a superior right to be substituted for the decedent in the pending proceedings.

13. I declare under penalty of perjury that the above statements by me are true and correct.

Respectfully submitted this  5-9-18
                              (date)

By: _Douglas Kramer_
    Douglas Kramer