# Exhibit A

| | |
|---|---|
| **From:** | Yoel Hanohov |
| **To:** | "Robert Sabido"; Todd Friedman; Erika Campany |
| **Cc:** | ""Joshua Trigsted" (jtrigsted@attorneysforconsumers.com)"; Adrian Bacon; "Timothy J. Fransen" |
| **Subject:** | RE: Kramer, Shasta v. Ray Klein Inc. |
| **Date:** | Monday, February 05, 2018 2:28:27 PM |

Robert:

Our deadline to respond to your discovery requests is today. However, we believe that Ms. Kramer has unfortunately just recently passed away, and we will not be able to provide substantive responses at this time. We will need some time to get in contact with her next of kin and discuss this case with them. Please confirm the extension for now, while we seek to work with her family in this difficult time.

The case is still live, though, and we are still planning to proceed with the deposition next week. We believe that we have a fiduciary obligation to her next of kin to continue with the case, and our class certification deadline is still coming up very soon.
Please let us know the status of the documents production as we need them prior to the deposition.

Thank you for your understanding.

Yoel Hanohov
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Tel.  888 595 9111 ext 663
Cell  310.970.2490
Fax  866.633.0228
Yoel.Hanohov@toddflaw.com
www.toddflaw.com

General Disclaimer: The information contained in this electronic communication
is to be considered confidential and intended only for the use of the
recipient named above. The information is or may be legally privileged and
expresses the opinion of the writer only. If the reader of this message is not
the intended recipient, you are hereby notified that any dissemination,
distribution, or copying of this communication, or any of its contents, is
strictly prohibited. If you have received this communication in error, please
re-send this communication to the sender listed above, delete the original
message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:
The U.S. Treasury Department requires us to advise you that this written
advice is not intended or written by our firm to be used, and cannot be used
by any taxpayer, for the purpose of avoiding any penalties that may be imposed
under the Internal Revenue Code. Written advice from our firm relating to
Federal tax matters may not, without our express written consent, be used in
promoting, marketing or recommending any entity, investment plan or
arrangement to any taxpayer, other than the recipient of the written advice.