# Exhibit C

| | |
|---|---|
| **From:** | Yoel Hanohov |
| **To:** | "Robert Sabido"; Todd Friedman; Erika Campany |
| **Cc:** | ""Joshua Trigsted" (jtrigsted@attorneysforconsumers.com)"; Adrian Bacon; Timothy J. Fransen |
| **Subject:** | RE: Kramer, Shasta v. Ray Klein Inc. |
| **Date:** | Wednesday, February 07, 2018 1:09:58 PM |

Thank you Robert.

As I mentioned, we believe that we have an obligation to Ms. Kramer's heirs because this is a live case. There is case law that establishes that the death of a Plaintiff does not extinguish her claims. There is also case law to establish that an heir is adequate to act as a class representative.

I don't believe that there would any issues with respect to the case.

Yoel Hanohov
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Tel. 888 595 9111 ext 663
Cell 310.970.2490
Fax 866.633.0228
Yoel.Hanohov@toddflaw.com
www.toddflaw.com

General Disclaimer: The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged and expresses the opinion of the writer only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender listed above, delete the original message and any copy of it from your computer system.

Statement Required by U.S. Treasury Department:
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

**From:** Robert Sabido [mailto:rsabido@cosgravelaw.com]
**Sent:** Tuesday, February 06, 2018 7:48 PM
**To:** Yoel Hanohov <Yoel.Hanohov@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>; Erika Campany <ecampany@toddflaw.com>
**Cc:** "Joshua Trigsted' (jtrigsted@attorneysforconsumers.com)' <jtrigsted@attorneysforconsumers.com>; Adrian Bacon <abacon@toddflaw.com>; Timothy J. Fransen <tfransen@cosgravelaw.com>