# Exhibit E



**From:** Robert Sabido <rsabido@cosgravelaw.com>
**Date:** May 17, 2018 at 5:24:12 PM PDT
**To:** "tfriedman@toddflaw.com" <tfriedman@toddflaw.com>, Adrian Bacon
<abacon@toddflaw.com>, "josh@tlgconsumerlaw.com"
<josh@tlgconsumerlaw.com>
**Cc:** "Timothy J. Fransen" <tfransen@cosgravelaw.com>
**Subject: Shasta Kramer v. Ray Klein, Inc.**

Counsel,

It has now been over 90 days since plaintiff's death was reported to the court – and almost
nine months since plaintiff passed away.  Despite the passage of all that time, a successor
plaintiff still has not been substituted into the case.  Accordingly, defendant believes there
are sufficient grounds to seek dismissal of this case pursuant to FRCP 25(a) and/or 41(b).
We would like to set up a telephone conference to confer on this issue on one of the
following dates/times:  May 18, 3:30 pm; May 21, 1:30 pm; or May 22, 9:30 am.  Please let
us know which of those dates/times work for you.

Thanks.

**Robert E. Sabido**
Cosgrave Vergeer Kester LLP
500 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204

P 503.323.9000  D 503.219.3857
F 503.323.9019  W www.cosgravelaw.com

Biography | Email



DO NOT read, copy or disseminate this communication unless you are the intended addressee. This e-mail
communication may contain confidential and/or privileged information intended only for the addressee. If you have

received this communication in error, please call us (collect) immediately at (503) 323-9000 and ask to speak to the
sender of the communication. Also, please e-mail the sender and notify the sender immediately that you have received
the communication in error.

Scanned by Mimecast. Email certified safe by CVK.