# Exhibit G

| | |
|---|---|
| **From:** | Timothy J. Fransen |
| **To:** | Yoel Hanohov; Robert Sabido |
| **Cc:** | "josh@tlgconsumerlaw.com"; Adrian Bacon; Todd Friedman |
| **Subject:** | RE: Shasta Kramer v. Ray Klein, Inc. |
| **Date:** | Tuesday, May 29, 2018 10:25:31 AM |

Counsel:

Based on the representation made in the email below that a motion for substitution would be filed last week, defendant held off on taking further action to address the continued delay in substituting a successor plaintiff (if any) into this case. Despite that representation, however, the motion was not filed last week and still has not been filed. Nor has an explanation been provided to justify the continued delay – it has now been *over* nine months since Ms. Kramer passed away. Accordingly, as described in our emails below and in the voicemail we left last week, defendant will proceed with bringing this to the court's attention. If you would like to discuss this any further, please contact us immediately.

Thanks,

**Timothy J. Fransen** - *Attorney*

Cosgrave Vergeer Kester LLP
500 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204

P 503.323.9000  D 503.219.3807
F 503.323.9019  W www.cosgravelaw.com

Biography | Email | LinkedIn

**COSGRAVE VERGEER KESTER** LLP
Attorneys

**From:** Yoel Hanohov [mailto:Yoel.Hanohov@toddflaw.com]
**Sent:** Thursday, May 24, 2018 9:48 AM
**To:** Robert Sabido <rsabido@cosgravelaw.com>; Timothy J. Fransen <tfransen@cosgravelaw.com>
**Cc:** 'josh@tlgconsumerlaw.com' <josh@tlgconsumerlaw.com>; Adrian Bacon <abacon@toddflaw.com>; Todd Friedman <TFriedman@toddflaw.com>
**Subject:** RE: Shasta Kramer v. Ray Klein, Inc.

Counsel:

Thank you for reaching out.

The 90 period has not yet passed. Under Federal Rule of civil Procedure 25, "If the motion is not made within 90 days after service of a **statement noting the death**, the action by or against the decedent must be dismissed." No suggestion of death was filed in this matter and so the tolling