# Exhibit H

*Preference Beneficiary's Affidavit*

CIGNA Group Insurance
Life • Accident • Disability
Life Insurance Company of North America
Connecticut General Life Insurance Company
CIGNA Life Insurance Company of New York
Great - West Healthcare Administered by CIGNA



**IMPORTANT:** This affidavit should be completed by a person who is a member of the first surviving class of the classes of beneficiaries described in questions 2, 3, 4, or 5 below who need only answer the questions up to and including the class of which he/she is a member. If none in those classes survives, then all questions must be completed by the executor or administrator of the insured's estate. If additional space is required, use reverse side showing number of question being answered.

_Doug Kramer, father_, being first duly sworn, depose and says:
(Name of Person Making Affidavit and Relationship to Insured)

That _Sinisita Kramer_, who died on _6.25.2017_, was insured under
(Name of Insured)                                  (Insert Date of Death)

Policy No. _____ in connection with the Group Life Insurance and/or Accidental Death
(Insert Full Policy Number)

and Dismemberment Policy of _Campus Crusade for Christ_
(Insert Name of Group Policyholder - Employer)

I understand that in the absence of a beneficiary designated by the insured or surviving at the death of the insured, payment will be made in accordance with the terms of the applicable policy.

That for the purpose of inducing the insurer to recognize the person(s) named herein as potential beneficiaries entitled to payment under the policy, the undersigned does answer as follows and agrees to reimburse the insurer for any improper payment which is made based upon the information contained in this affidavit.

| QUESTION | ANSWER (use back of form if needed) |
|---|---|
| 1. Did the insured designate a beneficiary who predeceased him?<br>☐ Yes  ☒ No<br>If "YES", give name, relationship and date of death. | NAME<br><br>RELATIONSHIP / DATE OF DEATH |
| 2. Did the insured leave a widow or widower surviving?<br>☐ Yes  ☒ No<br>If "YES", complete as indicated. | NAME<br>ADDRESS (Street) (City) (State) (Zip Code)<br>DATE OF BIRTH / SOCIAL SECURITY NUMBER<br>DATE OF MARRIAGE TO EMPLOYEE / TYPE OF CEREMONY<br>DATE OF DEATH (if applicable) |
| 3. If the answer to Question 2 is "No", was the insured survived by any children (including illegitimate and legally adopted children and excluding stepchildren)?<br>☐ Yes  ☒ No<br>If "Yes", give their names, addresses, dates of birth, social security numbers and dates of death if applicable. (Use reverse side if needed) | NAME<br>ADDRESS (Street) (City) (State) (Zip Code)<br>DATE OF BIRTH / SOCIAL SECURITY NUMBER<br>DATE OF DEATH (if applicable) |
| 4. If the answers to Questions 2 and 3 are "No", did the parents of the insured or either of them survive him?<br>☒ Yes  ☐ No<br>If "Yes", give names, addresses, dates of birth, social security numbers and dates of death. (Use reverse side if needed) | NAME _Doug Kramer_<br>ADDRESS (Street) (City) (State) (Zip Code)<br>DATE OF BIRTH _7-14-48_ / SOCIAL SECURITY NUMBER<br>DATE OF DEATH (if applicable) _n/a_ |
| 5. If the answers to Questions 2, 3, and 4 are "No", was the insured survived by any brothers or sisters of whole or half blood?<br>☐ Yes  ☐ No<br>If "Yes", give their names, addresses, dates of birth, social security numbers and dates of death if applicable. (Use reverse side if needed) | NAME _Robyn Kramer_<br>ADDRESS (Street) (City) (State) (Zip Code)<br>DATE OF BIRTH _12-14-53_ / SOCIAL SECURITY NUMBER<br>DATE OF DEATH (if applicable) _n/a_ |

**IMPORTANT:** If answers to Questions 2, 3, 4 and 5 are "No", the foregoing must be completed in full by the executor or administrator of the insured's estate and accompanied by a certified copy of the court appointment of said executor or administrator.

Subscribed and sworn to before me this _22nd_ _September_ _17_

_Jeanne R Clark_                _Douglas W. _____
(Notary Public)

Pittsburgh Claim Service Center
P.O. Box 22328
Pittsburgh, PA 15222-0328
1-800-238-2125 Toll Free
620789 Rev. 05/2009

JEANNE R. CLARK
NOTARY PUBLIC for the
STATE OF MONTANA
Residing at Billings, Montana
My Commission Expires
APRIL 29, 2020

# OREGON HEALTH AUTHORITY
## CENTER FOR HEALTH STATISTICS
### CERTIFICATE OF DEATH

**I.D. TAG NO.:** 804626
**STATE FILE NUMBER:** 136-2017-022921

**Legal Name:** First: Shasta  Middle: DelRae  Last: Kramer
**Death Date:** August 25, 2017
**Sex:** Female
**Age:** 43 years
**Social Security Number:** [redacted]
**County of Death:** Multnomah
**Birthdate:** April 19, 1974
**Birthplace:** Billings, Montana
**Was Decedent Ever in U.S. Armed Forces?** No
**Residence:** 525 NE Russell Street
**City/Town:** Portland
**Residence County:** Multnomah
**State or Foreign Country:** Oregon
**Zip Code + 4:** 97212
**Inside City Limits?** Yes
**Marital Status at Time of Death:** Never married
**Spouse's Name Prior to First Marriage:**
**Father's Name:** Douglas Kramer
**Mother's Name Prior to First Marriage:** Robyn L. Best
**Informant's Name:** Robyn L. Kramer
**Telephone Number:** Not Available
**Relationship to Decedent:** Mother
**Mailing Address:** 3134 56th Street W, Billings, MT 59106
**Place of Death:** Hospice Facility
**Facility Name:** Legacy Hopewell House Hospice
**Location of Death:** 6171 SW Capitol Highway
**City/Town or Location of Death:** Portland
**State:** Oregon
**Zip Code + 4:** 97239-2649
**Method of Disposition:** Cremation
**Place of Disposition:** Cascade Cremation Center
**Location (City/Town and State):** Tualatin, Oregon
**Name and Complete Address of Funeral Facility:** Crown Memorial Center, Cremation & Burial; Portland- 832 NE Broadway Street, Portland, Oregon 97232
**Date of Disposition:** TBD
**Funeral Director's Signature:** Jennifer L. Partenheimer  *Electronically Signed*
**OR License Number:** FS-0651
**Registrar's Signature:** Jennifer A. Woodward
**Date Received:** August 29, 2017
**Local File Number:**

**Was case referred to Medical Examiner?** No
**Autopsy?** No
**Were autopsy findings available to complete the cause of death?**
**Time of Death:** 09:20 PM

**CAUSE OF DEATH**
**IMMEDIATE CAUSE:**
a. breast cancer metastatic to the liver, peritoneum, bones and brain — **Approximate Interval Onset to Death:** years
Due to (or as a consequence of):
b.
Due to (or as a consequence of):
c.
Due to (or as a consequence of):
d.
**Other significant conditions contributing to death:**

**Manner of Death:** Natural
**If Female:** Not Applicable
**Did tobacco use contribute to death?** No
**Date of Injury:** /  /
**Time of Injury:**
**Place of Injury:**
**Injury at Work?**
**Location of Injury:**
**Describe how injury occurred:**
**If transportation injury, specify:**

**Name and Address of Certifier:** Jocelyn Cameron White — 815 NE Davis Street, Portland, Oregon 97232
**Name and Title of Attending Physician if Other than Certifier:**
**Date Signed:** August 29, 2017
**Medical Certifier:** Jocelyn Cameron White  *Electronically Signed*
**Title of Certifier:** M.D.
**License Number:** MD15704
**Amendment:**

*20170900510*
45-2CC (01/06)

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

**DATE ISSUED:** September 01, 2017

Jennifer A. Woodward
JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

THIS COPY IS NOT VALID WITHOUT INTAGLIO SEAL, SIGNATURE AND BORDER
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE