IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**SHASTA KRAMER**, individually and on behalf of all others similarly situated; **DOUGLAS KRAMER**,

        Plaintiffs,

v.

**RAY KLEIN, INC.; DOES 1-10 INCLUSIVE**,

        Defendants.

No. 3:17-cv-00496-SB

JUDGMENT

**MOSMAN, J.,**

    Based upon my Opinion and Order [ECF 59] granting Defendant Ray Klein's Motion for Summary Judgment [ECF 45], it is ordered and adjudged that this case is DISMISSED without prejudice as against all named defendants. All pending motions are DENIED as moot.

    DATED this 2 day of January, 2020.

                                                  MICHAEL W. MOSMAN
                                                  United States District Judge